# In the
# United States Court of Appeals
## For the Eleventh Circuit

———————————

No. 21-11643

———————————

MUSCOGEE (CREEK) NATION,
a federally recognized Indian tribe,
HICKORY GROUND TRIBAL TOWN,
GEORGE THOMPSON,
Mekko, individually and as traditional representative
of the lineal descendants of those buried at
Hickory Ground Tribal Town in Wetumpka, Alabama,

                                        Plaintiffs-Appellants,

*versus*

BUFORD ROLLIN,
PBCI Tribal Council Member, in his official
capacity, et al.,

                                        Defendants,

2                        Order of the Court                        21-11643

BILLY SMITH,

in his official capacity as a PCI Gaming Board member,

POARCH BAND OF CREEK INDIANS,

a federally recognized tribe,

STEPHANIE A. BRYAN,

individually and in her official capacity as Chair

of the Poarch Band of Creek Indians ("Poarch") Tribal Council,

ROBERT R. MCGHEE,

individually and in his official capacity as Vice Chair of

Poarch Tribal Council,

AMY BRYAN,

in her official capacity as Treasurer of the Poarch Band

of Creek Indians Tribal Council, et al.,

                                                    Defendants-Appellees.

————————————

Appeal from the United States District Court
for the Middle District of Alabama
D.C. Docket No. 2:12-cv-01079-MHT-CSC

————————————

21-11643                    Order of the Court                    3

ORDER:

Joint Motion for additional time for oral argument and to divide argument is **GRANTED**, in part, and **DENIED**, in part. Defendants-Appellees will have twenty minutes for oral argument to divide among themselves however they choose. Plaintiffs-Appellants also will have twenty minutes for oral argument.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION